Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  16−13834−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Giselle M Martinez
   aka Gisselle Martinez
   78 Farrandale Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4159

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      11/8/16
Time:     10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scott Tanne, Debtor's Attorney

COMMISSION OR FEES
$1,955.50

EXPENSES
$185.07

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 14, 2016
JJW:

James J. Waldron
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 16-13834-RG
Giselle M Martinez                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 2       Date Rcvd: Oct 14, 2016
                             Form ID: 137             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db          #+Giselle M Martinez,    78 Farrandale Ave,    Bloomfield, NJ 07003-5744
cr           +United States of America (U.S. Dept. of HUD),    U.S. Attorney's Office,    970 Broad Street,
               Suite 700,    Newark, NJ 07102-2534
516031066    +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516031068    +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516031069    +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516031070    +Fein, Such, Kahn & Shepard,    7 Century Drive--Suite 201,    Parsippany, NJ 07054-4673
516031072    +Jersey Rehab, PA,    234 Mount Prospect,    Newark, NJ 07104-2006
516031073    +KML Law Group, P.C.,    701 Market St,    Philadelphia, PA 19106-1538
516031074     LVNV Funding,    PO BOX,    Houston, TX 77274
516178219    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516031076    +Midland Mortgage Company/Mid First Bank,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516031075    +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
               Oklahoma City, OK 73126-0648
516031077    +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Bldg One,    Wall, NJ 07719-9020
516031078    +Secretary of Housing & Urban Development,    451 7th St SW,    Washington, DC 20410-0002
516031079    +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
516031080    +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516389513    +U.S.Deepartment of Housing and,    Urban Development,    451 7th Street S.W.,
               Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 14 2016 23:04:35     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 14 2016 23:04:32     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516031071     E-mail/Text: cio.bncmail@irs.gov Oct 14 2016 23:04:04     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
516279229     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 14 2016 23:02:54     LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516031067   ##+Beneficial,    PO BOX 10640,    Virginia Beach, VA 23450-0640
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)
           eamonn.ohagan@usdoj.gov
          Marie-Ann Greenberg    magecf@magtrustee.com
          Scott E. Tanne    on behalf of Debtor Giselle M Martinez info@tannelaw.com,   clerk@tannelaw.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 14, 2016
                              Form ID: 137             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                  TOTAL: 4