UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**DENISE CARLON, ESQUIRE**
**KML LAW GROUP, P.C.**
**Sentry Office Plz**
**216 Haddon Ave.**
**Suite 406**
**Westmont, NJ 08018**
dcarlon@kmllawgroup.com
**Attorney for MidFirst Bank**

In Re:

Giselle M. Martinez aka Gisselle Martinez

Debtor/Respondent

Order Filed on March 7, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     16-13834 RG

Chapter:      13

Judge:        Rosemary Gambardella

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 7, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on October 11, 2016:

Property:      78 Farrandale Avenue, Bloomfield, NJ 07003

Creditor:      MidFirst Bank

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by_____, and for good cause shown

- ✓ Early Termination of the Loss Mitigation Period having been filed by MidFirst Bank, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including_____.

The Loss Mitigation Period is terminated, effective February 16, 2017.

*Revised 9/19/13*