Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−13834−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Giselle M Martinez
   aka Gisselle Martinez
   78 Farrandale Ave
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−4159

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/24/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 25, 2017
JAN: slm

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Giselle M Martinez  
    Debtor

Case No. 16-13834-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 25, 2017  
                    Form ID: 148     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2017.

```
db             +Giselle M Martinez,    78 Farrandale Ave,    Bloomfield, NJ 07003-5744
cr             +United States of America (U.S. Dept. of HUD),    U.S. Attorney's Office,    970 Broad Street,
                 Suite 700,    Newark, NJ 07102-2534
516031066      +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516031068      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516031069      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516031070      +Fein, Such, Kahn & Shepard,    7 Century Drive--Suite 201,    Parsippany, NJ 07054-4673
516031072      +Jersey Rehab, PA,    234 Mount Prospect,    Newark, NJ 07104-2006
516031073      +KML Law Group, P.C.,    701 Market St,    Philadelphia, PA 19106-1538
516031074       LVNV Funding,    PO BOX,    Houston, TX 77274
516178219      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516031075      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516031076      +Midland Mortgage Company/Mid First Bank,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516031077      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Bldg One,    Wall, NJ 07719-9020
516031078      +Secretary of Housing & Urban Development,    451 7th St SW,    Washington, DC 20410-0002
516031079      +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
516031080      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516389513      +U.S.Deepartment of Housing and,    Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 22:42:04     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 22:42:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516031067      +EDI: HFC.COM May 25 2017 22:28:00      Beneficial,    PO BOX 10640,
                 Virginia Beach, VA 23450-0640
516031071       EDI: IRS.COM May 25 2017 22:28:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516279229       EDI: RESURGENT.COM May 25 2017 22:28:00      LVNV Funding, LLC,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
                                                                                               TOTAL: 5
```

          \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)
               eamonn.ohagan@usdoj.gov
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Giselle M Martinez info@tannelaw.com,    clerk@tannelaw.com
                                                                                               TOTAL: 4
```