| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>**Attorney for Debtor** |
| In Re:<br>**Giselle M. Martinez** |

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 13 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 16-13834-RG

Adv. No.:

Hearing Date: November 1, 2017

Judge: Gambardella

## ORDER REOPENING AND REINSTATING DEBTOR'S CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

11-13-17