| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | **FILED**<br>JEANNE A. NAUGHTON, CLERK<br>NOV 13 2017<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY_____DEPUTY |
| SCOTT E. TANNE, ESQ., P.C.<br>4 Chatham Road<br>Summit, NJ 07901<br>(973) 701-1776<br>Fax: (973) 701-0111<br>Scott E. Tanne, Esq.<br>ST2477<br>Attorney for Debtor | |
| In Re:<br>Giselle M. Martinez | Case No.: 16-13834-RG<br><br>Adv. No.:<br><br>Hearing Date: November 1, 2017<br><br>Judge: Gambardella |

## ORDER REOPENING AND REINSTATING DEBTOR'S CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

11-13-17

_____
USBJ

**Page 2**
Debtor: Giselle M. Martinez
Case No.: 16-13834-RG
Caption of Order: Order Reinstating Debtor's Case

---

Upon consideration of Debtor's motion for an order reinstating Debtor's case, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor's bankruptcy (Case No. 16-13834-RG) is reopened and reinstated.