| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

**SCOTT E. TANNE, ESQ., P.C.**
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
**Attorney for Debtor**

In Re:
**Giselle M. Martinez**

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 13 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 16-13834-RG

Adv. No.:

Hearing Date: November 1, 2017

Judge: Gambardella

## ORDER REOPENING AND REINSTATING DEBTOR'S CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

11-13-17

_/s/ Rosemary Gambardella_
USBJ

United States Bankruptcy Court
District of New Jersey

In re:  
Giselle M Martinez  
     Debtor

Case No. 16-13834-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 14, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2017.  
db         +Giselle M Martinez,    78 Farrandale Ave,    Bloomfield, NJ 07003-5744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Scott E. Tanne    on behalf of Debtor Giselle M Martinez info@tannelaw.com, tanne.ecf.email@gmail.com  
                                                                                      TOTAL: 4