UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

SCOTT E. TANNE, ESQ., P.C.
4 Chatham Road
Summit, NJ 07901
(973) 701-1776
Fax: (973) 701-0111
Scott E. Tanne, Esq.
ST2477
Attorney for Debtor

In Re:
**Giselle M. Martinez**

**FILED**
JEANNE A. NAUGHTON, CLERK
NOV 13 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 16-13834-RG

Adv. No.:

Hearing Date: November 1, 2017

Judge: Gambardella

## ORDER REOPENING AND REINSTATING DEBTOR'S CASE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

11-13-17

**Page 2**
Debtor: Giselle M. Martinez
Case No.: 16-13834-RG
Caption of Order: Order Reinstating Debtor's Case

Upon consideration of Debtor's motion for an order reinstating Debtor's case, and good cause appearing therefore, it is hereby

**ORDERED** that the Debtor's bankruptcy (Case No. 16-13834-RG) is reopened and reinstated.

United States Bankruptcy Court
District of New Jersey

In re:  
Giselle M Martinez  
    Debtor

Case No. 16-13834-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 15, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.  
db        +Giselle M Martinez,    78 Farrandale Ave,    Bloomfield, NJ 07003-5744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eamonn  O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD) eamonn.ohagan@usdoj.gov  
      Scott E. Tanne    on behalf of Debtor Giselle M Martinez info@tannelaw.com, tanne.ecf.email@gmail.com

    TOTAL: 3