UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                             Case No.: 16-13834 (RG)
MARTINEZ, GISELLE M                                Chapter: 7
                                                   Judge: ROSEMARY GAMBERDELLA

---

**NOTICE OF PROPOSED ABANDONMENT**

---

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK  Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable ROSEMARY GAMBERDELLA on FEBRUARY 6, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 78 Farandale Avenue<br>Bloomfield, NJ 07003<br><br>Current Market Value: $190,000.00 |

| | |
|---|---|
| Liens on property: | $226,888.95 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | /s/Jay L. Lubetkin, Chapter 7 Trustee |
| FIRM NAME: | Rabinowitz, Lubetkin & Tully, L.L.C. |
| ADDRESS: | 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039 |
| TELEPHONE NO: | (973) 597-9100 |
| SUBMITTED BY: | Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100 |
| DATED: | January 4, 2018 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-13834-RG
Giselle M Martinez                                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 2           Date Rcvd: Jan 05, 2018
                             Form ID: pdf905        Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db          +Giselle M Martinez,    78 Farrandale Ave,    Bloomfield, NJ 07003-5744
cr          +United States of America (U.S. Dept. of HUD),    U.S. Attorney's Office,    970 Broad Street,
             Suite 700,    Newark, NJ 07102-2534
516031066   +Aa Action Collection,    29 Columbia Tpke Ste 303,    Florham Park, NJ 07932-2240
516031067   +Beneficial,    PO BOX 10640,    Virginia Beach, VA 23450-0640
516031068   +Equifax,    PO BOX  740241,    Atlanta, GA 30374-0241
516031069   +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516031070   #+Fein, Such, Kahn & Shepard,    7 Century Drive--Suite 201,    Parsippany, NJ 07054-4673
516031072   +Jersey Rehab, PA,    234 Mount Prospect,    Newark, NJ 07104-2006
516031073   +KML Law Group, P.C.,    701 Market St,    Philadelphia, PA 19106-1538
516031074    LVNV Funding,    PO BOX,    Houston, TX 77274
516178219   +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516031076   +Midland Mortgage Company/Mid First Bank,    999 Nw Grand Blvd,    Oklahoma City, OK 73118-6051
516031075   +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
             Oklahoma City, OK 73126-0648
516031077   +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza Bldg One,    Wall, NJ 07719-9020
516031078   +Secretary of Housing & Urban Development,    451 7th St SW,    Washington, DC 20410-0002
516031079   +State of New Jersey Division of Taxation,    P.O Box 187,    Trenton, NJ 08695-0187
516031080   +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000
516389513   +U.S.Deepartment of Housing and,    Urban Development,    451 7th Street S.W.,
             Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03      U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516031071    E-mail/Text: cio.bncmail@irs.gov Jan 05 2018 23:02:42      Internal Revenue Service,
             PO Box 7346,    Philadelphia, PA 19101-7346
516279229    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 05 2018 23:00:32      LVNV Funding, LLC,
             c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
                                                                                          TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn O'Hagan    on behalf of Creditor    United States of America (U.S. Dept. of HUD)
           eamonn.ohagan@usdoj.gov
          Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
           rgaydos@rltlawfirm.com
          Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
           NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2018
                             Form ID: pdf905           Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Scott E. Tanne   on behalf of Debtor Giselle M Martinez info@tannelaw.com,
           tanne.ecf.email@gmail.com
                                                                                 TOTAL: 5